IN RE DAVIS

No. 15P86.

Case below: 78 N.C. App. 221.

Petition by respondent for discretionary review under G.S. 7A-31 denied 5 March 1986.

IN RE ROGERS

No. 12P86.

Case below: 78 N.C. App. 202.

Petition by respondent for discretionary review under G.S. 7A-31 denied 5 March 1986.

IN RE WILLIAMSON

No. 667P85.

Case below: 77 N.C. App. 53.

Petition by Charles Britt and wife, Fredrickia W. Britt, for discretionary review under G.S. 7A-31 denied 5 March 1986.

KAPP v. KAPP

No. 73P86.

Case below: 78 N.C. App. 442.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 March 1986.

LAWRENCE v. WAYNE COUNTY MEM. HOS.

No. 28P86.

Case below: 78 N.C. App. 221.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 March 1986.